ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Priscilla.Obriant@lewisbrisbois.com
E-Mail: Damon.Stemen@lewisbrisbois.com
*Attorneys for Allied Property & Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY SHANNON,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY; and DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-1391-RFB-DIA<br><br>**STIPULATION AND ORDER EXTENDING THE DEFENDANT ALLIED PROPERTY & CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT [Doc. 1-3] TO** ~~JULY 17, 2020~~ |

ZACHARY SHANNON ("Plaintiff") and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY ("Allied"), by and through their undersigned counsel of record, agree that Allied shall have an additional seven days of time from August 3, 2020 through and including August 10, 2020, in which to file its responsive pleading in response to the Complaint [Doc. 1-3] filed in this action by Plaintiff.

This is the first extension of time requested by counsel for filing Defendant Allied response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

4828-9007-3030.1

**Reasons for Extension**

Allied requests a brief extension to complete their review of the averments contained in the Complaint and prepare its response. Therefore the parties have agreed to this extension. This brief extension will not prejudice any party or cause undue delay.

Dated this 3rd day of August, 2020

/s/ Priscilla L. O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Allied Prop. & Cas. Ins. Co.*

Dated this 3rd day of August, 2020

/s/ Lawrence E. Mittin
LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 5428
CRAIG P. KENNY & ASSOCIATES
501 South 8th Street
Las Vegas, NV  89101
*Attorneys for Plaintiff Zachary Shannon*

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of August, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

4828-9007-3030.1

2