1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  PRISCILLA L. O'BRIANT
   Nevada Bar No. 10171
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone:  (702) 893-3383
5  Fax:  (702) 893-3789
   E-Mail: Robert.Freeman@lewisbrisbois.com
6  E-Mail: Priscilla.Obriant@lewisbrisbois.com
   *Attorneys for Allied Property & Casualty*
7  *Insurance Company*

8                  **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10

11  ZACHARY SHANNON,                        CASE NO.:2:20-cv-1391 RFB-DIA

12          Plaintiff,

13      vs.                                 **STIPULATION AND ORDER
                                            EXTENDING DEFENDANT ALLIED
                                            PROPERTY & CASUALTY INSURANCE
14  ALLIED PROPERTY & CASUALTY              COMPANY'S TIME TO RESPOND TO
    INSURANCE COMPANY; and DOES I           COMPLAINT [ECF 1-3] TO AUGUST 14**
    through X, inclusive; ROE CORPORATIONS
15  I through X, inclusive,                 **SECOND REQUEST**

16          Defendants.

17

18      ZACHARY  SHANNON  ("Plaintiff")  and  ALLIED  PROPERTY  &  CASUALTY

19  INSURANCE COMPANY ("Allied"), by and through their undersigned counsel of record, agree

20  that Allied shall have an additional four days of time from August 10, 2020 through and including

21  August 14, 2020, in which to file its responsive pleading in response to the Complaint [Doc. 1-3]

22  filed in this action by Plaintiff.

23      This is the second extension of time requested by counsel for filing Defendant Allied

24  response to Plaintiff's Complaint.

25  **Reasons for Extension**

26      Although this is the second extension of time requested by Allied, this request is not made

27  for any improper purpose or to delay this litigation, but to allow sufficient time for Allied to

28  prepare and file the Answer, given the vacation schedules of various involved personnel.  This

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4810-5013-8055.1

1  extension constitutes a total extension of 11 days from the original due date.  Based on the above,

2  the parties have agreed to this extension.  This brief extension will not prejudice any part or cause

3  undue delay.

4  Dated this 10th day of August, 2020

/s/ Priscilla L. O'Briant

5

ROBERT W. FREEMAN
6  Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
7  Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH
8  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
9  *Attorneys for Defendant Allied Property &*
*Casualty Insurance Company*
10

11

Dated this 10th day of August, 2020

/s/ Lawrence E. Mittin

LAWRENCE E. MITTIN, ESQ.
Nevada Bar. No. 5428
CRAIG P. KENNY & ASSOCIATES
501 South 8th Streeet
Las Vegas, NV  89101
*Attorneys for Plaintiff Zachary Shannon*

12                            **ORDER**

13          IT IS SO ORDERED.

14

15                   Dated this 11th day of August, 2020

16

17                   Daniel J. Albregts
                    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28  4810-5013-8055.1                                      2



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW