1 | ROBERT W. FREEMAN
Nevada Bar No. 3062
2 | PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
3 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
4 | Las Vegas, Nevada 89118
Telephone: (702) 893-3383
5 | Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
6 | E-Mail: Priscilla.Obriant@lewisbrisbois.com
*Attorneys for Allied Property & Casualty*
7 | *Insurance Company*

8 |                     **UNITED STATES DISTRICT COURT**

9 |                            **DISTRICT OF NEVADA**

10 |

11 | ZACHARY SHANNON,                    CASE NO.:2:20-cv-1391 RFB-DIA

12 |          Plaintiff,

13 |      vs.

14 | ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY; and DOES I
15 | through X, inclusive; ROE CORPORATIONS
I through X, inclusive,
16 |
          Defendants.
17 |

18 |        **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS**

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-7352-2122.1

*Shannon v. Allied Prop. & Cas. Ins. Co.*
U.S.D.C. Case No.: 2:20-cv-1391 RFB-DIA

Plaintiff Zachary Shannon ("Shannon") and Defendant, Allied Property & Casualty Insurance Company ("Allied"), by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above entitled action against Allied shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 15th of September, 2020        DATED this 6th day of October, 2020

CRAIG P. KENNY & ASSOCIATES        LEWIS BRISBOIS BISGAARD & SMITH LLP

**SEE WET SIGNATURE ON
SEPARATE PAGE**

By:_____
      LAWRENCE E. MITTIN
      Nev. Bar No. 5428
      501 South 8th Street
      Las Vegas, NV 89101
      *Attorneys for Plaintiff Zachary
      Shannon*

By:    /s/ *Priscilla L. O'Briant*
      PRISCILLA L. O'BRIANT
      Nev. Bar No. 10171
      6385 S. Rainbow Boulevard, Suite 600
      Las Vegas, Nevada 89118
      *Attorneys for Defendant Allied
      Property & Casualty Insurance Company*

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  11th day  of October, 2020.

4822-7352-2122.1

2

1

*Shannon v. Allied Prop. & Cas. Ins. Co.*
U.S.D.C. Case No.: 2:20-cv-1391 RFB-DIA

2

3    Plaintiff Zachary Shannon ("Shannon") and Defendant, Allied Property & Casualty

4 Insurance Company ("Allied"), by and through their respective undersigned counsel of record,

5 agree and stipulate that all claims in the above entitled action against Allied shall be dismissed in

6 their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

7 DATED this 15 day of September, 2020       DATED this ___ day of September, 2020

8 CRAIG P. KENNY & ASSOCIATES       LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10 By: _____       By: _____
        LAWRENCE E. MITTIN                   PRISCILLA L. O'BRIANT
11      Nev. Bar No. 5428                    Nev. Bar No. 10171
        501 South 8th Street                 6385 S. Rainbow Boulevard, Suite 600
12      Las Vegas, NV 89101                  Las Vegas, Nevada 89118
        *Attorneys for Plaintiff Zachary*    *Attorneys for Defendant Allied*
13      *Shannon*                            *Property & Casualty Insurance Company*

14

15                              **ORDER**

16      Upon Stipulation by counsel for the parties, and good cause appearing therefore,

17      IT IS SO ORDERED.

18      DATED this _____ day of _____, 2020.

19

20

21      UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28   4822-7352-2122.1                              2

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW